IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PHILIPPE TIRRE,

        Plaintiff,                 No. CIV S-11-2162 GGH P

    vs.

D. McGUIRE, et al.,

        Defendants.         ORDER

_____/

        By order filed November 18, 2011, the court granted plaintiff twenty-eight days to file an amended complaint. In the November 18th order, the court informed plaintiff of the deficiencies in his complaint and stated that failure to file an amended complaint would result in dismissal of this action.[1] The twenty-eight day period has long since expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

\\\\\

\\\\\

\\\\\

\\\\\

---

[1] Plaintiff consented to the jurisdiction of the undersigned on a consent form dated as signed on August 22, 2011, and filed in the case docket on August 29, 2011, at docket # 3.

1

1   Accordingly, IT IS ORDERED that this case is dismissed with prejudice.  <u>See</u>
2  Local Rule 110; Fed. R. Civ. P. 41(b).
3  DATED: March 13, 2012

        /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

GGH:009
tirr2162.fta